**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Diversified Wire & Cable, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Diversified Cabinet Build**<br>**DBA  Diversified Group**<br>**DBA  Diversified Training**<br>**DBA  Diversified Wireless**<br>**DBA  GLD Group**<br>**DBA  GLDG**<br>**DBA  GLDGroup**<br>**DBA  Wire & Cable Distribution**<br>**DBA  Diversified Wire & Cable**<br>**DBA  Diversified Assemblies**<br>**DBA  Diversified Assembly**<br>**DBA  Diversified Design Services**<br>**DBA  Diversified Professional Design Services**<br>**DBA  GLD, Inc.**<br>**DBA  Great Lakes Wire & Cable, Inc.**<br>**DBA  Great Wire**<br>**DBA  Greatwire** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-3444410** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **42600 Mound Road**<br>**Sterling Heights, MI 48314**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Macomb**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://dw-c.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**4236**_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | _____ | |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 12, 2026**
MM / DD / YYYY

**X** **/s/ Dean Stanton**
Signature of authorized representative of debtor

**Dean Stanton**
Printed name

Title  **CEO**

**18. Signature of attorney**

**X** **/s/ Lynn M. Brimer**
Signature of attorney for debtor

Date **March 12, 2026**
MM / DD / YYYY

**Lynn M. Brimer P43291**
Printed name

**Strobl PLLC**
Firm name

**33 Bloomfield Hills Parkway**
**Suite 125**
**Bloomfield Hills, MI 48304**
Number, Street, City, State & ZIP Code

Contact phone  **(248) 540-2300**    Email address _____

**P43291 MI**
Bar number and State

ABA Industry, Inc.
639 East Walnut St.
Carson, CA 90746-1227


AFL Telecommunications LLC
P.O. Box 745735
Atlanta, GA 30374-5735


AJ Dammon Co.
PO Box 210310
Auburn Hills, MI 48326


Allied Wire Collection & LB
P.O. Box 737874
Dallas, TX 75373-7874


Ally Financial
PO Box 8118
Cockeysville, MD 21030


Andrew McVeigh
28408 Larchmont
Saint Clair Shores, MI 48081-3626


Andrew Stanton
887 Linden Way
Auburn Hills, MI 48326


Andrew Stanton
887 Linden Way
Auburn Hills, MI 48326-3890


Ansley Communications Group
3699 B C Grant Road
Cornelia, GA 30531-5619


Anthony Mymmina
Mammina & Ajlouny, PC
370 East Maple Road
Suite 230
Birmingham, MI 48009

Arcbest
P. O. Box 10048
Fort Smith, AR 72917-0048


Ariba
3420 Hillview Ave., Bldg 3
Palo Alto, CA 94304


Arrow Electronics, Inc
13469 Collections Center Dr
Chicago, IL 60693


Arthur J Gallagher
39735 Treasury Center
Chicago, IL 60694-9700


Austin Redlin
23201 Sagebrush
Novi, MI 48375-4172


Autoelectros
10350 Sawmill Road
Powell, OH 43065-3547


Bank of Ann Arbor
125 S Fifth Ave
Ann Arbor, MI 48104


Bettina Plumhoff
8420 Grace St.
Shelby Township, MI 48317-1708


Brett Quantz
3831 Queensbury Rd.
Lake Orion, MI 48359-1566


Brian Bellman
7327 Smale St.
Washington, MI 48094-2753

Brother Mobile Solutions
Jamie Brookover
100 Technology Drive
Suite 250 A
Broomfield, CO 80021


Bulldog Records Management
17000 Fifteen Mile Rd.
Fraser, MI 48026-1653


Burwood Business Machines
32401 Edward
Madison Heights, MI 48071


C.H. Robinson Company
P.O. Box 9121
Minneapolis, MN 55480-9121


Cablofil Inc
8319 State Route 4
Mascoutah, IL 62258-2857


Cami Research, Inc.
42 Nagog Park, Suite 115
Acton, MA 01720-3445


CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723


Centaris
36333 Mound Rd., Suite C
Sterling Heights, MI 48310-4740


Central Steel Fabricators
2100 Parkes Drive
Broadview, IL 60155-3951


Central Transport
P.O. Box 33299
Detroit, MI 48232-5299

Cherokee Packaging
Denise
P.O. Box 2041
Roswell, GA 30077


Chiptech
2885 SW 30th Avenue
Pembroke Park, FL 33009


Chris Electronics Distributor
2023 West County Rd., C-2
Saint Paul, MN 55113


Chrysler Capital
PO Box 660335
Dallas, TX 75266


Cintas LOC 721-MI
P.O. Box 630910
Cincinnati, OH 45263-0910


City of Sterling Heights
Dept 296201
PO Box 55000
Detroit, MI 48255-2962


Comba Telecom
568 Gibraltar Dr.
Milpitas, CA 95035


Comcast
1010 North Star Drive
Zumbrota, MN 55992-1093


Commodity Cables, Inc.
P.O. Box 661071
Dallas, TX 75266-1071


Commscope Technologies LLC
P.O. Box 96879
Chicago, IL 60693

Comtop
15181 Fairfield Ranch Rd.
Chino Hills, CA 91709-8856


Continental Carton & Packaging
155 Malow
Mount Clemens, MI 48043


Cooper B-Line Inc
28365 Network Place
Chicago, IL 60673-1283


Cooper Bussman
Bussman Division
28363 Network Place
Chicago, IL 60673-1283


Corning Optical Comm LLC
25775 Network Place
Chicago, IL 60673-1257


CP Technologies
17110 Armstrong Avenue
Irvine, CA 92614


Crown Lift Trucks
P.O. Box 641173
Cincinnati, OH 45264-1173


Darryl Haupt
339 Jonathon Dr.
Almont, MI 48003-8908


Data Clean Corporation
1033 Graceland Ave
Des Plaines, IL 60016-6511


Data Guide Cable Corp.
232 Sherman St.
Gardner, MA 01440-3000

Dean G. Stanton
918 Bolinger St.
Rochester, MI 48307


Dean J. Stanton
612 7th Street
Rochester, MI 48307


Dean J. Stanton
612 7th St.
Rochester, MI 48307


Digi-Key
701 Brooks Avenue South
P.O. Box 250
Thief River Falls, MN 56701-2757


Dormakaba USA Inc
65 Struck Court
Cambridge On N1R 8L2 Canada


DTE
One Energy Plaza, 735WCB
Detroit, MI 48226-1211


Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434


Dunbar Products
1302 Champion Circle
Carrollton, TX 75006


Eastern Oil Company
590 South Paddock
Pontiac, MI 48341-3236


Eaton Corporation
29085 Network Place
Chicago, IL 60673-1290

Eclipse Lawn & Landscape LLC
P.O. Box 182076
Shelby Twp., MI 48318-2076


Electroshield, Inc.
P. O. Box 708
Yellow Springs, OH 45387-0708


Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612


Falcon Technologies
2631 Metro Blvd
Maryland Heights, MO 63043-2411


Federal Express - GA
17740 Hoffman
Homewood, IL 60430-2114


Federal Express - MI 00696
PO Box 371461
Suite 403
Milford, PA


FedEx Freight
P.O. Box 223125
201 E. Arapaho
Richardson, TX 75081


Fenner, Melstrom & Dooling, PLLC
355 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009


Fiber Instrument Sales, Inc
161 Clear Rd
Oriskany, NY 13424


Fiber Optic Center
23 Centre Street
New Bedford, MA 02740

Fiber Systems Inc.
201 E. Arapaho Road
Richardson, TX 75081-2720


FLX of Miami
11701 NW 102nd Rd.
Suite 9
Medley, FL 33178-1016


Ford Credit
PO Box 552679
Detroit, MI 48255


Ford Motor Credit
PO Box 105074
Atlanta, GA 30348


Francotyp-Postalia, Inc.
P.O. Box 157
Bedford Park, IL 60499-0157


Fuseco
P.O. Box 560547
Dallas, TX 75356-0547


Galco Industrial Electronics
26010 Pinehurst
Madison Heights, MI 48071


Gallagher Fire Equipment Co.
30895 W. Eight Mile Rd.
Livonia, MI 48152-1600


Garden of the Bird Lawn
2245 Robert Hardeman Rd.
Suite #9
Winterville, GA 30683-4358


Get Wireless, LLC
10250 Valley View Rd.
Eden Prairie, MN 55344

Getzler Henrich & Associates
295 Madison Ave., 20th Fl.
New York, NY 10017-6358


Great Lakes Case & Cabinet Co
P.O. Box 644302
Pittsburgh, PA 15264-4302


Guthrie Lumber
P.O. Box 673123
Detroit, MI 48267-3123


Hall County Business License
P.O. Box 1579
Gainesville, GA 30503


Hall County Tax Commissioner
PO Box 1579
Gainesville, GA 30503


Hammond Manufacturing
475 Cayuga Rd
Suite 100
Cheektowaga, NY 14225


Heilind Electronics
P.O. Box 99682
Chicago, IL 60690


Hellermann Tyton
22242 Network Place
Chicago, IL 60673-1222


HH Barnum Company
7915 Lochlin Drive
Brighton, MI 48116


Hoffman Enclosures
14975 Collections Center Drive
Chicago, IL 60693

Huntington Bank
5555 Cleveland Ave.
Columbus, OH 43231


Ideal Tridon
P.O. Box 102976
Atlanta, GA 30368-2976


Insulation Products
250 Gibraltar Drive
Bolingbrook, IL 60440


Isolved Benefit Services
P.O. Box 737928
Dallas, TX 75373-7928


JCR Supply, Inc
33580 Giftos Dr
Clinton Township, MI 48035


JDRM Engineering, Inc.
5604 N. Main St., Suite 200
Sylvania, OH 43560-1928


Jonard Industries Corp.
200 Clearbrook Rd., Suite 128
Elmsford, NY 10523-1330


Karen Eckhart
5611 Wooded Valley Way
Flowery Branch, GA 30542


Karen Stevens
5745 Arden Ave.
Warren, MI 48092-4301


KGP Logistics, Inc.
P. O. Box 809017
Chicago, IL 60680-9017


Kleinschmidt Inc
P.O. Box 7158
Deerfield, IL 60015-7158

Kongmeng Xiong
47445 Barbara Road
Macomb, MI 48044-2412


L-Com
17792 Fitch
Irvine, CA 92614-6020


Lake Cable, LLC
529 Thomas Drive
Bensenville, IL 60106


Leader Business Systems
35400 Mound Rd.
Sterling Heights, MI 48310-4721


Leader Business Systems
35400 Mound Road
Sterling Heights, MI 48310


Leoni Cable
2800 Livernois Road, Ste. D600-B
Troy, MI 48083


Leviton Manufacturing Co Inc
P.O. Box 74567
Chicago, IL 60696


Liberty Enterprises
9445 Mossy Creek Trace
Lula, GA 30554-2135


Lynn Electronics
1390 Welsh Road
North Wales, PA 19454-1900


Macomb Mechanical Inc
6250 19 Mile Road
Sterling Heights, MI 48314


Madison Electric
31856 Van Dyke Ave.
Warren, MI 48093

Mag Daddy LLC
295 Jamie Lane
Wauconda, IL 60084-1080


Major Custom Cable, Inc.
281 Lotus Dr.
Jackson, MO 63755-8801


Marjorie Smith
52575 Sable Dr.
Macomb, MI 48042


Marlin Thermocouple Wire
12800 Corporate Dr.
Cleveland, OH 44130-9311


MCS Engravers, Inc.
6625 Auburn Rd.
Utica, MI 48317-5209


Michigan Kenworth - Clinton
P.O. Box 689706
Chicago, IL 60695-9706


Middle Atlantic
300 Fairfield Road
Fairfield, NJ 07004-1932


Moltec USA
6405 Inducon Dr. West
Sanborn, NY 14132-9020


Mound Road Associates
1180 E. Big Beaver Road
Troy, MI 48083


Mouser Electronics
P.O. Box 99319
Fort Worth, TX 76161-6199


Newark
4180 Highlander Pkwy
Richfield, OH 44286-5000

Newark Element 14
33190 Collection Center
Chicago, IL 60693-0331


Newton
P.O. Box 536915
Atlanta, GA 30353-6915


Nicholas Burt
57632 Windham Dr.
Washington, MI 48094-3176


Nolan Transportation Group
P.O. Box 931326
Atlanta, GA 31193-1326


Northern Cables
PO Box 1564
Brockville


NSI / Platinum Tools
13235 Reese Boulevard West
Huntersville, NC 28078


Nu View Window Cleaning Co.
25150 25 Mile Rd.
New Baltimore, MI 48051-1000


Omni Cable
P.O. Box 7780
Philadelphia, PA 19182-0001


Panduit Corp
24575 Network Place
Chicago, IL 60673-1245


Park Cables
James Donovan
238 Cypress Ridge Drive
Severna Park, MD 21146

Peach State Fire, Inc.
626 Industrial Blvd.
Gainesville, GA 30501-6741


PEI Genesis, Inc
2180 Horning Rd
Philadelphia, PA 19116


Peter Corrado
21397 SABRINA DR
Macomb, MI 48044


Peter Corrado
21397 Sabrina Dr.
Macomb, MI 48044


PGI Sunset Investments LLC
4466 County Road "P"
Jackson, WI 53037


Pitt Ohio LTL
P.O. Box 643271
Pittsburgh, PA 15264-3271


Powell Electronics, Inc.
P. O. Box 12979
Philadelphia, PA 19176-0979


Premier Conduit, Inc
Dan Bayletts
3200 West 22nd Street
Erie, PA 16506


PrimeCore Group
880 Marietta Hwy.
Roswell, GA 30075


Primo Brands
P.O. Box 9001004
Louisville, KY 40290-1004

Priority Wire & Cable
1800 East Roosevelt Road
Little Rock, AR 72206


Pro Industrial Controls, Inc
Pati Davison
N 53 W 24794 S Corporate Circle
Sussex, WI 53089


Promera LLC (formerly Sealco)
1751 International Parkway
Suite 115
Richardson, TX 75081


R & L Carriers
P.O. Box 10020
Port William, OH 45164-2000


RCO Law
Attn:  Jean Ann S. Sieler
Four SEGAte, Ninth Floor
Toledo, OH 43604


Republic Wire
5525 Union Centre Boulevard
West Chester, OH 45069


Rexel Datacom
P.O. Box 120728
Dallas, TX 75312-0728


RJ45s.com
2400 E. Main Street
Saint Charles, IL 60174


Robert M. Haugen
PO Box 1347
Flowery Branch, GA 30542


RS Americas, Inc.
PO Box 841811
Dallas, TX 75284-1811

Rubicon Group Limited
125 Windsor Dr.
Oak Brook, IL 60523


SAB Association Wire Products
344 Kaplan Drive
Fairfield, NJ 07004


Saia Motor Freight Line, Inc
P.O. Box 730532
Dallas, TX 75373-0532


Same Day Delivery
3378 3 Mile Road NW
Grand Rapids, MI 49534-1226


Sanwa Technologies Inc.
4012 Preston Road
Plano, TX 75093-7301


Schneider Electric IT USA
5081 Collections Center Drive
Chicago, IL 60693-5081


Select Pest Control Systems
1786 Browns Bridge Road
Gainesville, GA 30501-4744


Semtron, Inc
G-6465 Corunna Rd
Flint, MI 48532


Senko Advanced Components, Inc.
2 Cabot Road, Suite 103
Hudson, MA 01749-2942


Shaxon Industries
337 W. Freedom Avenue
Orange, CA 92865-2647


Siemon
101 Siemon Company Dr.
Watertown, CT 06795-2651

Signamax, Inc
999 NW 159th Drive
Miami, FL 33169


Smith's Cleaning of South Hall
PO Box 1311
Flowery Branch, GA 30542-0022


Southwire Company
75 Remittance Dr
# 6815
Chicago, IL 60675-1001


Staples
P.O. Box 660409
Dallas, TX 75266


State of Michigan
Department of Treasury
Dept. 77003
Detroit, MI 48277-0003


Steven Newman
29536 Palomino Dr.
Warren, MI 48093-3507


Susan K. Stanton
612 7th Street
Rochester, MI 48307


Susan Stanton
612 7th Street
Rochester, MI 48307


Tel Express, Inc.
406 Interstate Drive
Archdale, NC 27263-3161


Terminal Supply Co
P.O. Box 1253
Troy, MI 48099

Tessco Incorporated
P.O. Box 936838
Atlanta, GA 31193-6838


TF Cable
555 Remington Blvd.
Suite A
Bolingbrook, IL 60440-3550


The Light Connection
132 Base Rd
Oriskany, NY 13424


The Mueller Group, Inc.
509 E. State Parkway
Suite C
Schaumburg, IL 60173-4583


The Rubicon Group Limited
2625 Butterfield Rd
Suite 217N
Oak Brook, IL 60523


TMC Bank
PO BOX 105666
Atlanta, GA 30348


Tom Lor
33545 Stonewood Dr.
Sterling Heights, MI 48312-6565


Toyota Credit Corp
PO Box 30203
College Station, TX 77842


TQL
PO BOX 634558
Cincinnati, OH 45263


Trend Networks
300 Roundhill Drive, Suite 1
Rockaway, NJ 07866-1227

Uline
P.O. Box 88741
Chicago, IL 60680-1741


Unique Fire Stop Products
21303 County Rd 68
Robertsdale, AL 36567-3550


United Parcel Service


UPS
P.O. BOX 809488
Chicago, IL 60680


Van Dyke Gas Co
23823 Sherwood
Center Line, MI 48015


Vertiv Corporation
1050 Dearborn Drive
Columbus, OH 43085


Voss, Michasel, Lee & Associates, Inc.
PO Box 1829
Holland, MI 49422


W.W. Grainger Inc
Dept. 886517377
Palatine, IL


Wagner, Falxoner & Judd, Ltd.
Jeff Rogers
Fifth Street Towers
100 South Fifth Street, Ste. 800
Minneapolis, MN 55402


WBT, LLC
3138 Paysphere Circle
Chicago, IL


West Penn Wire
P.O. Box 3223
Carol Stream, IL 60132-3223

William Blasses
Ker Russell
500 Woodward Avenue, Ste. 2500
Detroit, MI 48226


Winnie Industries
590 Applegate Lane
Lake Zurich, IL 60047


Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708-8901


World Cord Sets, Inc.
210 Moody Road
Enfield, CT 06082-3206


Worldwide Express
P.O. Box 733360
Dallas, TX 75373-3360


Wyandotte Electric
P.O. Box 690
Wyandotte, MI 48192-0690


XPO Logistics
P.O. Box 660006
Dallas, TX 75266-0006


XPRESSCONNECT SUPPLY, LLC
P.O. Box 847481
Pittsburgh, PA 15260-4302


Yvonne Wegwart
Hellerman Tyton
PO Box 245017
Milwaukee, WI 53224


Zef Lajcaj
3553 Tracy Drive
Sterling Heights, MI 48310-2578

```
Zero Connect
6604 201st St.
Albia, IA 52531-8522
```