## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**In re:**

**DIVERSIFIED WIRE & CABLE, INC.**     **Case No. 26-42632-mlo**
**Chapter 11, Subchapter V**
**Hon. Maria L. Oxholm**

**Debtor.**

---

## MOTION FOR ORDER AUTHORIZING
## ASSUMPTION OF EXECUTORY CONTRACT WITH ANTARES
## TECHNOLOGY SOLUTIONS, LLC D/B/A CENTARIS

Diversified Wire & Cable, Inc. as Debtor and Debtor in Possession ("DWC" or

"Debtor"), by its proposed attorneys, Strobl Stark PLLC, moves this Court for entry of

an Order, substantially in the form attached hereto as **Exhibit A**, authorizing the

Debtor to assume the executory contract with Antares Technology Solutions, LLC

d/b/a Centaris ("Centaris"), and in support of this Motion, the Debtor respectfully

states as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction to hear the Motion under 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

The predicate for the relief herein is section 365, Title 11 of the United States Code

(11 U.S.C. §§ 101 – 1532, as amended, the "Bankruptcy Code").

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. On March 12, 2026 (the "Petition Date"), DWC commenced a voluntary case under Chapter 11, Subchapter V of the Bankruptcy Code. The Debtor is authorized to continue to operate its business and to manage its assets as Debtor-in-Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. The Debtor has continued in possession of its property and has continued to operate its business as a Debtor-in-Possession pursuant to sections 1107 (a) and 1108 of the Bankruptcy Code.

4. The Court has appointed Deborah Fish as the Chapter 11, Subchapter V Trustee.

## BACKGROUND OF THE DEBTOR

5. Detailed facts regarding the background of the Debtor and the facts and circumstances leading to the necessity to file this Chapter 11, Subchapter V case can be found in the Affidavit of Dean J. Stanton. [Docket No. 8]

## DESCRIPTION OF EXECUTORY CONTRACT

6. In 2021, the Debtor entered into a certain Master Services Agreement with Centaris (the "Agreement"). Under the Agreement, Centaris provides Managed IT Services ("IT Services") to the Debtor, including managing and monitoring Debtor's IT, performing backups to Debtor's existing servers, providing phone services and security for email accounts, managing its WI-FI network, providing user

support for its MS365 users and supporting third-party applications and devices. A copy of the Agreement is attached as **Exhibit B**.

7. Under the Agreement, the Debtor is required to pay Centaris in accordance with the pricing set forth in the Agreement and related work orders, which consists of fixed charges for IT Services, Microsoft Licenses, and Voice Services. The Agreement states that invoices are due within thirty (30) days after the invoice date and the Agreement is subject to cancellation upon prior written notice.

8. The Debtor has reviewed its books and records and has determined that there is a balance due under the Agreement as of March 12, 2026 in the amount of $105,646.27 (the "Cure Amount") representing the amount due under the Agreement for the period April 1, 2025 through March 1, 2026.

9. Centaris has agreed to the repayment of the Cure Amount over time and under the following conditions:

    a. Effective as of the first day of the calendar month immediately following the date of entry of an order confirming the Debtor's plan of reorganization under Chapter 11 of the Bankruptcy Code (the "Confirmation Date"), the Debtor shall pay Centaris monthly installments of Two Thousand Five Hundred and 00/100 Dollars ($2,500.00) per month ("Cure Amount Installments"), payable on the

first day of each calendar month thereafter, until the Cure Amount has been paid in full;

b. In addition to the Cure Amount Installments set forth above, the Debtor shall timely pay all postpetition amounts due and owing under the Agreement as they become due in accordance with the terms thereof (the "Postpetition Amounts").

c. In the event the Debtor fails to make any payment when due, whether with respect to the Cure Amount Installments or the Postpetition Amounts (each, a "Payment Default"), the Centaris may provide the Debtor with written notice of such Payment Default (a "Default Notice"). The Default Notice shall specify the nature and amount of the Payment Default and shall be served upon the Debtor and Debtor's counsel by electronic mail, overnight delivery, or first-class mail.

d. The Debtor shall have fourteen (14) days from the date of such Default Notice to cure the Payment Default identified therein (the "Cure Period"). If the Debtor cures the Payment Default within the Cure Period, the Default Notice shall be deemed withdrawn and the Agreement shall continue in full force and effect in accordance with the terms hereof.

e. If the Debtor fails to cure a Payment Default within the Cure Period, such failure shall constitute a material default under this Order (a "Material Default"). Upon the occurrence of a Material Default, Centaris may, at its sole option, seek to accelerate all outstanding amounts due hereunder, including the entire unpaid balance of the Cure Amount together with all accrued interest as of the date of the Material Default, at the rate of 7 percent per annum thereon and all unpaid Postpetition Amounts, and may pursue any and all remedies available at law or in equity, including seeking appropriate relief from this Court.

f. Notwithstanding the foregoing, in the event that Centaris has issued two (2) Default Notices to the Debtor (regardless of whether such prior Payment Defaults were subsequently cured within the applicable Cure Period), any subsequent Payment Default shall automatically constitute a Material Default without the requirement of any further Default Notice or Cure Period. Upon the occurrence of such Material Default, Centaris may, at its sole option and without further notice to the Debtor, accelerate all outstanding amounts due hereunder, including the entire unpaid balance of the Cure Amount together with all accrued interest as of the date of the Material Default, at the rate of 7 percent per annum thereon and all unpaid Postpetition Amounts, and may pursue any and all

remedies available at law or in equity, including seeking appropriate relief from this Court.

g. No failure or delay by Centaris in exercising any right or remedy shall operate as a waiver thereof. The acceptance by Centaris of any late or partial payment shall not waive any of Centaris's rights or remedies, nor shall it waive any subsequent Payment Default or Material Default.

## NECESSITY OF RELIEF

10. Assumption of the Agreement is necessary for the viability of the Debtor's business because the Debtor relies on the IT Services provided under the Agreement to continue its ordinary business operations without interruption.

11. If Debtor is not permitted to assume the Agreement, the Debtor will not be able to operate its business.

12. Further, if the Debtor is not permitted to assume the Agreement and continue to perform its obligations thereunder, the Debtor's ability to successfully reorganize will be substantially impaired.

13. The Debtor is willing to assume the Agreement and to perform all of its obligations thereunder post-petition, including curing the prepetition balance in the amount set forth above and under the above conditions..

14. The terms of the Agreement are consistent with those in the industry and are commercially reasonable. The Agreement remains executory because both parties

continue to have material performance obligations thereunder, including the Debtor's obligation to pay for services rendered and Centaris's obligation to continue providing IT Services under the Agreement. Assumption of the Agreement will serve the legitimate business purpose of continuing the Debtor's business operations without interruption. As such, the Agreement is an executory contract that may be assumed pursuant to section 365(a) of the Bankruptcy Code. *See Alofs Manufacturing Company v. Toyota Manufacturing Kentucky, Inc. (In re Alofs Manufacturing Company)*, 209 B.R. 83, 97 n.12 (Bankr. W.D. Mich. 1997).

15. For the reasons stated above, the Debtor has determined that the immediate assumption of the Agreement, together payment of the Cure Amount as set forth above, is in the best interest of the Debtor and its creditors. Accordingly, the Debtor requests Court approval to assume the executory contract pursuant to section 365(a) of the Bankruptcy Code.

## **STANDARDS**

16. Section 365(a) of the Bankruptcy Code provides as follows:

> Except as provided in sections 765 and 766 of this title and in subsections (b), (c) and (d) of this section, the trustee [debtor in possession], subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor.

11 U.S. C. §365(a). Pursuant to section 1107(a) of the Bankruptcy Code, the Debtor in Possession has all the rights of a trustee serving in a case under this chapter.

Furthermore, none of the exceptions provided in sections 765 and 766 of the Bankruptcy Code or in subsections (b), (c) and (d) of section 365 of the Bankruptcy Code are applicable in this instance. Thus, a debtor may generally assume a contract pursuant to section 365(a) of the Bankruptcy Code as long as it is executory in nature and the Court approves the assumption. Bankruptcy Court approval is conditioned upon a showing that the debtor is using appropriate business judgment in assuming the contract. *See, NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 523, (1984); *In re SIS Corp.*, 108 B.R. 608, 610 (Bankr. N.D. Ohio 1989) ("The test usually applied to a debtor's decision to assume an executory contract is the business judgment rule.").

17.    The Supreme Court has recognized the "traditional 'business judgment' standard applied by the courts to authorize rejection of the ordinary executory contract" under 11 U.S.C. §365(a). *NLRB v. Bildisco and Bildisco*, 465 U.S. 513, 523 (1984) *superseded by statute on other grounds*, 11 U.S.C. § 1113 (citing *In re Minges*, 602 F.2d 38, 42-43 (2d. Cir. 1979)). *In re Minges* mandates a "flexible" standard requiring only that the debtor exercise its discretion in the best interest of the estate and its creditors. *In re Minges*, 602 F.2d at 42-43. *See also In re The Penn Traffic Co.*, 322 B.R. 63, 68 (Bankr. S.D.N.Y. 2005) ("It is well established that the decision whether to assume or reject an executory contract under Section 365(a) is a matter of business judgment to be exercised in the best interests of the debtor in possession and its creditors."); *In re Orion Pictures Corp.* 4 F.3d 1095, 1099 (2d. Cir. 1993)("a

bankruptcy court reviewing a trustee's or debtor-in-possession's decision to assume or reject an executory contract should examine a contract and the surrounding circumstances and apply its best "business judgment" to determine if it would be beneficial or burdensome to the estate to assume it")

18. The vast majority of courts recognize that the business judgment standard is not a strict standard, and presents a "low threshold" for the debtor to meet. *See In re The Penn Traffic Co.*, 322 B.R. 63, 68 (Bankr. S.D.N.Y., 2005); *Lubrizol Enters, Inc. v. Richmond Metal Finishers, Inc.*, 756 F.2d 1043, 1047 (4th Cir. 1985)(collecting cases); *In re W&L Assoc., Inc.*, 71 B.R. 962, 966 (Bankr. E.D.Pa. 1987)("We do not consider the 'business judgment test' to be a strict standard to meet"); *In re Fashion Two Twenty, Inc.*, 16 B.R. 784, 787 (Bankr. N.D.Ohio 1982)("The less rigid 'business judgment' is favored by most Courts and is adopted as the proper standard herein.") "More exacting scrutiny would slow the administration of the debtor's estate and increase its cost, interfere with the Bankruptcy Code's provision for private control of administration of the estate, and threaten the court's ability to control a case impartially." *Richmond Leasing Co. v. Capital Bank, N.A.*, 762 F.2d 1303, 1311 (5th Cir. 1985); *see also In re Gardinier, Inc.*, 831 F.2d 974, 975 n. 2 (11th Cir. 1987) ("The language of the code is permissive; it is up to the trustee to decide whether to assume or reject an executory contract")

19.     "Section 365 thus advances one of the Code's central purposes, the maximization of the value of the bankruptcy estate for the benefit of creditors." *Matter of Midway Airlines, Inc.,* 6 F.3d 492, 494 (7th Cir. 1993) (internal citation omitted) *(citing In re L & S Industries, Inc.,* 122 B.R. 987, 993 (Bankr. N.D. Ill 1991), *aff'd sub nom. Williams v. Stefan,* 133 B.R. 119 (N.D. Ill 1991), *aff'd* 989 F.2d 929 (7th Cir. 1993).

20.     In this case, Debtor, using its best business judgment, has determined that the best interests of the estate and the creditors will be served by the assumption of the Agreement and the payment of the Cure Amount.

21.     Debtor must maintain uninterrupted IT Services in order to transmit and receive business data necessary to execute and perform its obligations and responsibilities in the ordinary course of its business. Debtor's ability to continue using those services is critical to the successful reorganization of the Debtor.

## REQUEST FOR IMMEDIATE RELIEF AND WAIVER OF STAY

22.     Pursuant to Bankruptcy Rule 6004(h), the Debtor seeks a waiver of any stay of the effectiveness of the order granting this Motion, to the extent that it applies to the relief requested in this Motion. Bankruptcy Rule 6004(h) provides that "[a]n order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." The relief requested herein is essential to allowing the

Debtor and efficiently and effectively meet its obligations to its customers and is in the best interests of its creditors and the bankruptcy estate. Accordingly, the Debtor submits that, to the extent that Bankruptcy Rule 6004(h) applies, ample cause exists to justify a waiver of the fourteen-day stay.

## RESERVATION OF RIGHTS

23.     Nothing contained herein is or should be construed as: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim other than as set forth herein, (d) an admission that any particular claim is of a type specified or defined hereunder; (e) a request to reject any executory contract or unexpired lease; or (f) a waiver of the Debtor's rights under the Bankruptcy Code or any other applicable law.

## NOTICE

24.     A copy of this motion has been served by email or first-class mail, postage prepaid or via electronic mail to all of those parties entitled to Notice pursuant to the Court's electronic filing system including: (a) the United States Trustee; (b) counsel for Bridge Business Credit, LLC; (c) the Subchapter V Trustee; and (d) counsel for Centaris. Notice of this motion has been served by first-class mail, postage prepaid to all creditors on the Debtor's matrix. In light of the nature of the relief requested herein, the Debtor submits that no other or further notice is required.

**WHEREFORE**, the Debtor respectfully requests that this Court enter the Order attached as Exhibit A, granting this Motion in full and authorizing Debtor to assume the Centaris Agreement pursuant to Code section 365(a); and granting the Debtor such other and further relief as this Court deems just and proper.

Respectfully submitted,

**STROBL STARK PLLC**

_/s/ Lynn M. Brimer_
LYNN M. BRIMER (P43291)
PAMELA S. RITTER (P47886)
EVAN H. KAPLOE (P75831)
33 Bloomfield Hills Parkway, Ste. 125
Bloomfield Hills, MI 48304
(248) 540-2300; fax (248) 645-2690
Email:     lbrimer@strobllaw.com
             pritter@strobllaw.com
             ekaploe@strobllaw.com
_Attorneys for Debtor and Debtor in Possession_

Date: April 9, 2026

# EXHIBIT A
## (Proposed Order)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**In re:**

**DIVERSIFIED WIRE & CABLE, INC.,**

**Debtor.**

**Case No. 26-42632-mlo**
**Chapter 11, Subchapter V**
**Hon. Maria L. Oxholm**

---

## ORDER AUTHORIZING ASSUMPTION
## OF EXECUTORY CONTRACT WITH ANTARES
## TECHNOLOGY SOLUTIONS, LLC D/B/A CENTARIS

The Debtor in the above-captioned Chapter 11, Subchapter V case filed a motion seeking entry of an Order Authorizing Assumption of Executory Contract with Centaris (Doc __) (the "Motion"). Notice of the Motion and opportunity to object was served on all creditors and parties in interest stated in the Court's mailing matrix for the above-captioned case (the "Notice"), and the Motion and Notice were served on (a) the United States Trustee; (b) Bridge Business Credit, LLC; (c) the Subchapter V Trustee; and (d) Centaris[1] as stated in the Certificate of Service filed therewith; the Notice was adequate and sufficient under the circumstances; No objection to the Motion was timely filed or served pursuant to the Notice; a Certificate of No Response to the Motion was filed; and, for the reasons stated in the Motion, the Court finds that the relief requested is in the best interest of the Debtor's estate, creditors,

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

and other parties in interest, and that cause exists to grant the Motion.

**THEREFORE, IT IS ORDERED:**

1. The Motion is **GRANTED** in full;

2. Debtor is authorized to assume the Agreement with Centaris pursuant to section 365(a) of the Bankruptcy Code, subject to payment of the Cure Amount of $105,646.27 under the following conditions;

   a. Effective as of the first day of the calendar month immediately following the date of entry of an order confirming the Debtor's plan of reorganization under Chapter 11 of the Bankruptcy Code (the "Confirmation Date"), the Debtor shall pay the Cure Amount Installments of Two Thousand Five Hundred and 00/100 Dollars ($2,500.00) per month payable on the first day of each calendar month thereafter, until the Cure Amount has been paid in full;

   b. In addition to the Cure Amount Installments set forth above, the Debtor shall timely pay all Postpetition Amounts due and owing under the Agreement as they become due in accordance with the terms thereof.

   c. In the event of a Payment Default wherein the Debtor fails to make any payment when due, whether with respect to the Cure Amount Installments or the Postpetition Amounts, then Centaris may provide the Debtor with a Default Notice of the Payment Default. The Default

Notice shall specify the nature and amount of the Payment Default and shall be served upon the Debtor and Debtor's counsel by electronic mail, overnight delivery, or first-class mail.

d. The Debtor shall have a Cure Period of fourteen (14) days from the date of such Default Notice to cure the Payment Default identified therein. If the Debtor cures the Payment Default within the Cure Period, the Default Notice shall be deemed withdrawn and the Agreement shall continue in full force and effect in accordance with the terms hereof.

e. If the Debtor fails to cure a Payment Default within the Cure Period, such failure shall constitute a Material Default under this Order. Upon the occurrence of a Material Default, the Creditor may, at its sole option, seek to accelerate all outstanding amounts due hereunder, including the entire unpaid balance of the Cure Amount together with all accrued interest as of the date of the Material Default, at the rate of 7 percent per annum thereon and all unpaid Postpetition Amounts, and may pursue any and all remedies available at law or in equity, including seeking appropriate relief from this Court.

f. Notwithstanding the foregoing, in the event that Centaris has issued two (2) or more Default Notices to the Debtor (regardless of whether such prior Payment Defaults were subsequently cured within the applicable

Cure Period), any subsequent Payment Default (i.e., a third or further Payment Default) shall automatically constitute a Material Default without the requirement of any further Default Notice or Cure Period. Upon the occurrence of such Material Default, the Centaris may, at its sole option and without further notice to the Debtor, accelerate all outstanding amounts due hereunder, including the entire unpaid balance of the Cure Amount together with all accrued interest as of the date of the Material Default, at the rate of 7 percent per annum thereon and all unpaid Postpetition Amounts, and may pursue any and all remedies available at law or in equity, including seeking appropriate relief from this Court.

g. No failure or delay by Centaris in exercising any right or remedy under this Order shall operate as a waiver thereof. The acceptance by Centaris of any late or partial payment shall not waive any of Centaris's rights or remedies, nor shall it waive any subsequent Payment Default or Material Default.

3. The 14-day stay of Bankruptcy Rule 6004(h) is hereby waived;

4. Nothing contained herein shall be deemed to limit, waive, or otherwise affect any rights or remedies of Centaris under the Agreement, applicable law, or the Bankruptcy Code, except as expressly modified by this Order;

5.   This Order shall be binding upon and inure to the benefit of the Debtor, the Centaris, and their respective successors and assigns; and

6.   This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT B

## (Executory Contract with Centaris)



## We have prepared a quote for you

**CCare Managed Services Advance Agreement**

Quote # 056591
Version 1

## Prepared for:

**Diversified Wire & Cable Inc.**

Andrew Stanton
astanton@dw-c.com



## Advanced Plan

**Advanced Coverage includes: Remote Server Support - Included, Remote HelpDesk Support - 7AM-7PM M-F - Included, On-site Technical Support - 8AM-5PM M-F - T&M**

| Description | Recurring | Qty | Ext. Recurring |
|---|---|---|---|
| **Core Infrastructure** | | | |
| **CCare Windows Hyper-V Server ADV Patch, Mgt & Mon** | $375.00 | 2 | $750.00 |
| Hyper-V Server Patch, Management and Monitoring: Software agents installed in Covered Host Equipment report status and events on a 24x7 basis; alerts are generated and responded to in accordance with the Centaris Service Level. Host Equipment and Hyper-V role management/monitoring and Host Patch Management. Our monitoring tools will integrate with both Host Event Logs, as well as available Host Hardware Sensors for a comprehensive, proactive monitoring solution. | | | |
| **CCare Windows Server ADV Patch, Mgt & Mon** | $209.50 | 5 | $1,047.50 |
| Software agents installed in Covered Equipment report status and events on a 24x7 basis; alerts are generated and responded to in accordance with the Centaris Service Level. Server Equipment and Active Directory management/monitoring and Server Patch Management. | | | |
| **CCare Backup and Rapid Recovery Platform L48** | $523.00 | 1 | $523.00 |
| Onsite Backup and Rapid Recovery (BURR) platform provides swift data restoration and minimal downtime, utilizing efficient onsite backup strategies and rapid recovery processes. It protects your critical data through expert management and continuous monitoring. | | | |
| **CCare Windows Virtual Server Backup Mgt & Mon** | $71.50 | 4 | $286.00 |
| Managed Service for Windows Virtual Servers provides comprehensive data protection and recovery using CCare Backup. This ensures efficient backup processes and expert management, delivering secure and seamless operations and continuity for virtual server environments. Managed Service for Windows Virtual Servers provides robust data protection and recovery through Acronis Backup, ensuring efficient backup processes and expert management for secure, seamless operations and continuity. | | | |
| **CCare Window Physical-Host Server Backup Mgt & Mon** | $71.50 | 2 | $143.00 |
| Managed Service for Windows Physical/Host Servers delivers comprehensive data protection and recovery with CCare Backup, ensuring efficient backup processes and expert management for secure, seamless operations and continuity on physical server environments. | | | |
| **CCare Cloud Offsite Backup (GB)** | $0.135 | 5068 | $684.18 |
| Cloud Storage Managed Services streamlines data protection by transferring backup data to secure cloud storage. This method provides immediate offsite safeguarding of your data, ensuring efficient backup processes, heightened security, and rapid recovery capabilities. Per GB per Month | | | |
| **CCare Wireless Access Point Patch. Mgt & Mon AC-Pro** | $23.00 | 4 | $92.00 |
| Our Managed Wireless Access Point Monitoring and Management Service offers comprehensive 24/7 monitoring, maintenance, and optimization of your wireless network to ensure reliable connectivity and performance. We proactively manage your wireless access points, handling configuration, firmware updates, security patches, and performance tuning. In the event of a device failure, we take full responsibility for replacing the access point, ensuring minimal downtime and seamless continuity for your wireless network. | | | |

36333 Mound Road, Suite C
Sterling Heights, MI 48310
www.centaris.com
(248) 284-7100



## Advanced Plan

**Advanced Coverage includes: Remote Server Support - Included, Remote HelpDesk Support - 7AM-7PM M-F - Included, On-site Technical Support - 8AM-5PM M-F - T&M**

| Description | Recurring | Qty | Ext. Recurring |
|---|---|---|---|
| **CCare Network Switch Patch, Mgt & Mon** | $153.50 | 1 | $153.50 |
| Our Managed Network Switch Monitoring and Management Service provides proactive 24/7 monitoring, maintenance, and optimization of your network switches to ensure consistent performance and reliability. In addition to detecting and resolving issues, we manage regular firmware updates, configuration adjustments, and security patches. As part of the service, we are also responsible for swapping out defective hardware, ensuring minimal downtime and seamless operation of your network infrastructure. | | | |
| **CCare Firewall Management, Patching and Monitoring BASE37** | $255.00 | 1 | $255.00 |
| Our Managed Firewall Monitoring and Management Service delivers 24/7 proactive monitoring, maintenance, and security management to ensure your firewall is always up-to-date and protecting your network. We handle configuration, firmware updates, security patches, and real-time threat detection. In the event of a device failure, we take responsibility for swapping out the firewall, and when the device reaches the end of its lifecycle, we will replace it for a nominal swap-out fee, ensuring continued protection and minimal disruption to your network security. | | | |
| **CCare Firewall Management, Patching and Monitoring 400** | $255.00 | 1 | $255.00 |
| Our Managed Firewall Monitoring and Management Service delivers 24/7 proactive monitoring, maintenance, and security management to ensure your firewall is always up-to-date and protecting your network. We handle configuration, firmware updates, security patches, and real-time threat detection. In the event of a device failure, we take responsibility for swapping out the firewall, and when the device reaches the end of its lifecycle, we will replace it for a nominal swap-out fee, ensuring continued protection and minimal disruption to your network security. | | | |
| **CCare Firewall Management, Patching and Monitoring 400** | $230.00 | 1 | $230.00 |
| Our Managed Firewall Monitoring and Management Service delivers 24/7 proactive monitoring, maintenance, and security management to ensure your firewall is always up-to-date and protecting your network. We handle configuration, firmware updates, security patches, and real-time threat detection. In the event of a device failure, we take responsibility for swapping out the firewall, and when the device reaches the end of its lifecycle, we will replace it for a nominal swap-out fee, ensuring continued protection and minimal disruption to your network security. | | | |
| **Per Human** | | | |



## Advanced Plan

**Advanced Coverage includes: Remote Server Support - Included, Remote HelpDesk Support - 7AM-7PM M-F - Included, On-site Technical Support - 8AM-5PM M-F - T&M**

| Description | Recurring | Qty | Ext. Recurring |
|---|---|---|---|
| **CCare MS 365 ADV (Email Only) Support Services** | $11.00 | 7 | $77.00 |
| Remote Help Desk Support Services via phone, email or portal access; Tiered-level support provides a smooth escalation process and helps to ensure effective solutions. Access to live trained help desk resources 7am-7pm M-F; availability for emergencies 7x24x365 in accordance with the Centaris Service Levels. Provide support as needed to overall Office 365 usage/implementation strategy Assistance with the installation of Outlook; access to Outlook online Incident and problem management through an advanced trouble ticketing platform and CCare Client Portal Certified Office 365 administrators who are familiar with your environment and function as an extension of your team. Our team of certified Office/Microsoft consultants support your Office 365 users and are ready to assist with any troubleshooting or enhancement needs that may arise. Office 365 expertise combined with direct access to 3rd Party Tier 2 & 3 engineers through long standing provider programs ensure you receive prompt and responsive issue resolution. Utilize a single CCare agreement for all your technology needs. Uniquely effective library of training courses covering hundreds of topics via CCare Client Portal Implementation of any NEW users, workstation, laptops. Tablets, printers, applications, ISP circuits, network devices, voice systems, etc. is not covered in this service. * Initial implementation of various features sets of Office 365 are not included in monthly support services. | | | |
| **CCare MS 365 ADV (Products Only) Support Services** | $7.00 | 1 | $7.00 |
| Remote Help Desk Support Services via phone, email or portal access; Tiered-level support provides a smooth escalation process and helps to ensure effective solutions. Access to live trained help desk resources 7am-7pm M-F; availability for emergencies 7x24x365 in accordance with the Centaris Service Levels. Provide support as needed to overall Office 365 usage/implementation strategy Assistance with the installation of Office Applications only Incident and problem management through an advanced trouble ticketing platform and CCare Client Portal Certified Office 365 administrators who are familiar with your environment and function as an extension of your team. Our team of certified Office/Microsoft consultants support your Office 365 users and are ready to assist with any troubleshooting or enhancement needs that may arise. Office 365 expertise combined with direct access to 3rd Party Tier 2 & 3 engineers through long standing provider programs ensure you receive prompt and responsive issue resolution. Utilize a single CCare agreement for all your technology needs. Uniquely effective library of training courses covering hundreds of topics via CCare Client Portal Implementation of any NEW users, workstation, laptops. Tablets, printers, applications, ISP circuits, network devices, voice systems, etc. is not covered in this service. * Initial implementation of various features sets of Office 365 are not included in monthly support services. | | | |
| **CCare Office 365 Backup Base Fee** | $150.00 | 1 | $150.00 |
| CCaRe Office 365 -Email/SharePoint Backup and Backup Monitoring - Base Fee Monthly | | | |
| **CCare Office 365 Backup Mgt & Mon** | $3.00 | 44 | $132.00 |
| Office 365 Data and schema backup for email, calendar, onedrive for business, SharePoint Online and Teams Backup (Daily) | | | |
| **CCare Native Office 365 MFA Mgt & Mon** | $2.00 | 51 | $102.00 |
| Native office 365 Multi-Factor Authenticatin (MFA) Management and Monitoring | | | |



## Advanced Plan

**Advanced Coverage includes: Remote Server Support - Included, Remote HelpDesk Support - 7AM-7PM M-F - Included, On-site Technical Support - 8AM-5PM M-F - T&M**

| Description | Recurring | Qty | Ext. Recurring |
|---|---|---|---|
| **CCare Email Security 2.0 Mgt & Mon** | $12.00 | 37 | $444.00 |
| CCare Email and Collaboration Security 2.0 Management and Monitoring service provides comprehensive protection for Microsoft 365's Email, Teams, and SharePoint platforms, safeguarding your business from threats like spam, phishing, malware, and unauthorized data sharing. With proactive defense, seamless integration, and expert management, this solution ensures secure, compliant, and uninterrupted collaboration across your organization. | | | |
| **CCare Email, Collab and Comp Sec IRaaS Mgt & Mon** | $0.00 | 37 | $0.00 |
| Email, Collaboration and Compliance Security Incident Response as a Service (IRaaS) Management and Monitoring – Quarantined email release response and phishing remediation services. | | | |
| **CCare BrowserShield DNS Security Mgt & Mon** | $2.25 | 52 | $117.00 |
| BrowserShield is a cloud security solution that helps to protect against malware, phishing, and ransomware attacks before threat actors can reach your network or endpoints. By enforcing security at the DNS (Domain Name System) and IP layers, BrowserShield blocks requests to malicious and unwanted destinations before a connection is even established. | | | |
| **Per Device** | | | |
| **CCare PC Patching, Remote Access ADV Mgt & Mon** | $35.50 | 56 | $1,988.00 |
| PC-Laptop Management, Windows OS Patching and Monitoring, provides a holistic IT solution that combines the best in Window Operating System patch management, system monitoring, and remote access. Alerts are generated and responded to in accordance with the Centaris Service Level | | | |
| **CCare End Point MDR 2.0 Mgt & Mon** | $18.00 | 47 | $846.00 |
| Managed End Point Detection and Response (MDR) v2.0 delivers 24/7 threat detection and incident response, integrating with Microsoft Defender for layered security. Our services include proactive threat hunting, rapid incident containment, detailed reporting, and continuous improvement. Detect, isolate, and remediate malicious threats across your endpoints, including persistent threats, antivirus evasion, ransomware, and more. | | | |

Monthly Subtotal: **$8,282.18**

## 2025 Microsoft 365 - Monthly

| Description | Recurring | Qty | Ext. Recurring |
|---|---|---|---|
| **Microsoft 365 Business Basic - NCE Monthly** | $7.20 | 4 | $28.80 |
| **Microsoft 365 Business Premium - NCE Monthly** | $26.40 | 35 | $924.00 |
| **Microsoft Entra ID P1 - NCE Monthly** | $7.20 | 1 | $7.20 |

Monthly Subtotal: **$960.00**



## CCare Managed Services Advance Agreement



| Prepared by: | Prepared for: | Quote Information: |
|---|---|---|
| **Centaris** | **Diversified Wire & Cable Inc.** | **Quote #: 056591** |
| Paul LeTissier | 42600 Mound Road | Version: 1 |
| (248) 320-9496 | Sterling Heights, MI 48314 | Delivery Date: 03/06/2026 |
| Fax (248) 284-7101 | Andrew Stanton | Expiration Date: 03/31/2026 |
| Paul.LeTissier@centaris.com | (586) 264-6500 | |
| | astanton@dw-c.com | |

## Monthly Recurring Investment Summary

| Description | Amount |
|---|---|
| Advanced Plan | $8,282.18 |
| 2025 Microsoft 365 - Monthly | $960.00 |
| Monthly Total: | **$9,242.18** |

Plus any applicable taxes. Shipping, handling and other fees may apply. Due to current hardware supply and pricing volatility, all hardware quotes are subject to change based on product availability and updated vendor pricing at the time of order.

Once products leave our facility or are received for staging/rapid deployment, all risk of loss transfers to the client, per FOB Origin terms.

## Centaris

## Diversified Wire & Cable Inc.

| | | | |
|---|---|---|---|
| Signature: | _____ | Signature: | _____ |
| Name: | Paul LeTissier | Name: | Andrew Stanton |
| Title: | Account Manager | Date: | _____ |
| Date: | 03/06/2026 | | |

36333 Mound Road, Suite C
Sterling Heights, MI 48310
www.centaris.com
(248) 284-7100



##  Master Client Agreement

**My signature represents the acceptance of the terms of the Master Client Agreement: <u>Master Client Agreement</u>**

##  CCare - Notes and Exceptions

### Exceptions

### Declined Options

*My signature here confirms that I agree to decline all options in this quote that are not included in the final totals.*

*Signature : _____*

### Additional Terms

*All form of payments are acceptable, however the preferred method of payment is by ACH.   Sign up for ACH by clicking here: <u>Centaris ACH Form</u>. You may pay your invoice by credit card, but you will be charged a 3.5% transaction fee.*

*Client billing will begin upon implementation or activation of client licensing or Managed CCare tools or the day of the initial client implementation kick off meeting whichever is first. Monthly Recurring services billing will be prorated for the first month.*

*SERVICE CHARGES. Client shall pay to Centaris, during each month of the Term, no less than the amount service charges contained in each monthly invoice. (a) Services are billed on a monthly basis. (b) Services are invoiced in advance, but usage charges are invoiced in arrears. (c) All non-recurring charges, which are non-refundable, will appear on the applicable monthly invoice. (d) "Total Service Charges" means all charges, after application of all discounts and credits, for each Service provided to Client, specifically excluding (i) taxes and tax-like charges; (ii) surcharges; (iii) charges for equipment and colocation (unless made part of Client's PMMC); (iv) liabilities incurred by Centaris as a result of ordering, changing or providing facilities to operate the Services; (v) non-recurring charges; (vi) Governmental Charges (as defined below); and (vii) other charges expressly excluded by the Agreement. If Client's Total Service Charges do not meet or exceed the Plan Monthly Minimum Commitment ("PMMC") indicated in each Service Order for any billing cycle during the Term, Client must pay the Total Service Charges, plus an amount equal to one hundred percent (100%) of the difference between the PMMC and Client's Total Service Charges during such billing cycle (the "Underutilization Charge").*

*TERMINATION CHARGES. If Centaris terminates the MSA, any Service Order, Order Confirmation or any Service pursuant to Sections 12 above, or if Client terminates the MSA, any Service Order, Order Confirmation or any Service for any reason other than those arising from Sections 12.4 above, Client shall be subject to Early Termination Charges as set forth in the MSA, any Service Order, and any applicable Service Addendum or other documentation that is made part of the Agreement. Early termination charges are equal to one hundred percent (100%) of remaining months of term agreement multiplied by the MRC noted in the service agreement as well as any charges that have been waived for Client accepting term agreement.*

### Attestation

**My signature below represents acceptance of this quotation, including payment terms. Some minimums for monthly service may apply. One time setup fee and first monthly payment due upon execution of agreement. Monthly billing begins as soon as the client environment is ready for client testing, CCare agents have been installed or Centaris begins providing support services. For monthly services, a cost of living increase of up to 5% will be applied at the end of each 12 month term. Centaris reserves the right to adjust the monthly fee if (i) the support environment materially changes (i.e. the number of end users, Office 365 licenses, workstations, servers, secondary devices, email users, network elements supported or other changes in IT infrastructure) or (ii) the level of support required by the client**

36333 Mound Road, Suite C
Sterling Heights, MI 48310
www.centaris.com
(248) 284-7100



▷ CCare - Notes and Exceptions

changes.



# We have prepared a quote for you

**Server Room Relocation Planning**

Quote # 056789
Version 2

## Prepared for:

**Diversified Wire & Cable Inc.**

Dean Stanton
dstanton@dw c.com



## Project Summary

The purpose of this engagement is to assess the physical equipment in the existing Diversified Wire & Cable server room and develop a migration strategy to move all required physical equipment to the new building at 1837 Enterprise Drive, Rochester Hills. Centaris will travel on-site to inventory all hardware that will be required to move to include, but not limited to, servers, SAN, switches, phone system, vendor devices, wireless access points, and racks. Moving equipment is not included in this effort, a separate effort will be performed to move the equipment after a migration strategy and scope of work has been completed. This engagement will be performed on a T&M basis.

### Assumptions

- All work will be done during normal business hours. If after-hours work is required which is not included in this project, the client will be responsible for the additional hours at after-hours rates.
- Client is responsible for the disposal of all old hardware. Centaris can assist on a T&M basis.
- All devices will have a Centaris agent installed for remote access and will be powered on and available to Centaris during the cutover windows. If devices are not available, addition time may be needed and will be billed at T&M rates.
- Go-live support, user training and remediation is NOT included in the scope of this project unless otherwise stated. Centaris will assist with any issues that arise on and after the go-live date on a T&M basis.
- Delays caused by the client may cause the project to exceed the quoted amount. Any additional hours required for the successful completion of the project will be the clients responsibility.

### Estimated Labor - T&M

| Description | Price | Qty | Ext. Price |
|---|---|---|---|
| Labor - Senior Engineer - Labor is estimated and billed T&M as needed<br>• Evaluate Existing Hardware and Identify Hardware to be Moved<br>• Develop and Document Migration Strategy to New Building<br>• Travel<br>• Project Management | $199.00 | 20 | $3,980.00 |
| ESTIMATED TIME: Unless otherwise noted, Centaris charges by the hour for services performed for a client. This is not limited or restricted in any way by current or previous Centaris estimates. Estimates are created using our experience and the best business judgment of Centaris. Estimates are provided to the client to give an idea on scope of a given project and cannot be considered binding. You will only be billed for the actual amount of time to complete the tasks defined. In most cases, Centaris can cost-fix some portion of the labor services if a detailed implementation plan is completed. Unless otherwise specified, travel charges are not included, and services will be delivered during normal Centaris business hours. | | | |

Subtotal: **$3,980.00**

### After Hours Rates - T&M

| Description | Price | Qty | Ext. Price |
|---|---|---|---|
| After Hours - Planned - Labor billed T&M as needed, 1 hour minimum charge | $275.00 | 6 | $1,650.00 |

Subtotal: **$1,650.00**



## Server Room Relocation Planning



| Prepared by: | Prepared for: | Quote Information: |
|---|---|---|
| Centaris | **Diversified Wire & Cable Inc.** | **Quote #: 056789** |
| Paul LeTissier | 1837 Enterprise Dr | Version: 2 |
| (248) 320-9496 | Rochester Hills, MI 48309 | Delivery Date: 03/30/2026 |
| Fax (248) 284-7101 | Dean Stanton | Expiration Date: 04/30/2026 |
| Paul.LeTissier@centaris.com | (586) 264-6500 | |
| | dstanton@dw-c.com | |

## One Time Investment Summary

| Description | Amount |
|---|---|
| Estimated Labor - T&M | $3,980.00 |
| After Hours Rates - T&M | $1,650.00 |
| Total: | **$5,630.00** |

Prices do not include applicable sales tax. Taxes will be calculated and added at the time of invoicing based on the customer's location and product taxability. Due to current hardware supply and pricing volatility, all hardware quotes are subject to change based on product availability and updated vendor pricing at the time of order. Shipping, handling and other fees may apply.

Once products leave our facility or are received for staging/rapid deployment, all risk of loss transfers to the client, per FOB Origin terms.

Centaris                                    Diversified Wire & Cable Inc.

Signature: _____         Signature: _____

Name:     Paul LeTissier                    Name:     Dean Stanton

Title:    Account Manager                   Date:     _____

Date:     03/30/2026

26-42632-mlo   Doc 91   Filed 04/09/26   Entered 04/09/26 15:44:52   Page 30 of 31

36333 Mound Road, Suite C
Sterling Heights, MI 48310
www.centaris.com
(248) 284-7100



## Master Client Agreement

My signature represents the acceptance of the terms of the Master Client Agreement: Master Client Agreement