**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**


In re:

| | |
|---|---|
| **DIVERSIFIED WIRE &** | Case No. 26-42632 |
| **CABLE, INC.,** | Chapter 11, Subchapter V |
| | Hon. Maria L. Oxholm |
| **Debtor.** | |

---

### NOTICE OF DEBTOR'S MOTION FOR ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT WITH ANTARES TECHNOLOGY SOLUTIONS, LLC <u>D/B/A CENTARIS</u>

The Debtor in this case has filed papers with the Court seeking entry of an Order Granting Debtor's Motion for Order Authorizing Assumption of Executory Contract with Antares Technology Solutions, LLC d/b/a Centaris.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the requested relief, or if you would like the court to consider your views on this motion, within fourteen (14) days or such shorter time period that has been set by the court, you or your attorney must:

a. Electronically file with the Court's Electronic Case Filing System a written response or an answer, which must comply with Fed. R. Civ. P. 8(b), (c) and (e), explaining your position pursuant to L.B.R. 9014-1 (E.D. Mich.). You may find more information regarding electronic filing at the Court's website, www.mieb.uscourts.gov or with the Clerk of the Court located at 211 W. Fort Street, Detroit, MI 48226.

You must also mail a copy to:  Lynn M. Brimer, Esq.
33 Bloomfield Hills Parkway, Ste 125
Bloomfield Hills, MI 48304

   b. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

   **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

                                    **STROBL STARK PLLC**

                                    /s/ *Lynn M. Brimer*
Dated: April 9, 2026                LYNN M. BRIMER (P43291)
                                    PAMELA S. RITTER (P47886)
                                    EVAN H. KAPLOE (P75831)
                                    33 Bloomfield Hills Parkway, Ste 125
                                    Bloomfield Hills, MI 48304
                                    (248) 540-2300; fax (248) 645-2690
                                    lbrimer@strobllaw.com
                                    pritter@strobllaw.com
                                    *Attorneys for Debtor and Debtor in Possession*

*S&B\85424\004\PLDG\SB947176.DOC

2