**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**In re:**

**DIVERSIFIED WIRE & CABLE, INC.,**

**Debtor.**

**Case No. 26-42632-mlo**
**Chapter 11, Subchapter V**
**Hon. Maria L. Oxholm**

---

# ORDER DISMISSING CASE

**THIS MATTER** came before the Court on the United States Trustee's Motion to Convert Case (Docket #168, the "Motion"). All parties in interest received notice of the Motion. A response was filed and a hearing is scheduled for September 10, 2026. The Debtor, Bridge Business Credit, LLC, Susan Stanton, the Office of the U.S. Trustee, and the Subchapter V Trustee, (the "Parties") have agreed to resolve the Motion through entry of an order dismissing the case. Accordingly,

**IT IS ORDERED** that this case is DISMISSED.

**IT IS FURTHER ORDERED** that the Debtor shall be responsible for the payment of the fees of Debtor's professionals, including the Subchapter V Trustee, subject to Court approval. No professional fees shall be paid without prior Court approval. The Bankruptcy Court will retain jurisdiction of this matter for all purposes, including any request for fees under 11 USC §§ 328 and 330 ("Fee Applications") and any issues arising under the Final Order (A) Authorizing Debtor

in Possession to obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363,  and 364; (B) Granting Liens, Security Interests, and Superpriority Clams (C) Authorizing Use of Cash Collateral and Granting Adequate Protection and (D) Modifying the Automatic Stay (the “DIP Order”)(Docket #72).

**IT IS FURTHER ORDERED** that any creditors or other parities in interest may object to any Fee Applications or any issues arising from or relating to the implementation, interpretation and/or enforcement of the DIP Order.

**IT IS FURTHER ORDERED** that professionals shall file applications within thirty (30) days of the entry of this Order.

**Signed on September 10, 2026**

**/s/ Maria L. Oxholm**

**Maria L. Oxholm**
**United States Bankruptcy Judge**