**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

Diversified Wire & Cable, Inc.,

Debtor.

Case No. 26-42632-mlo
Chapter 11

Hon. Maria L. Oxholm

---

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, I caused a true and correct copy of the *Notice of Filing of Declaration in Support of Centaris's Administrative Expense Claim Pursuant to Stay Relief Order* (the "Notice") [ECF No. 245] and this *Certificate of Service* to be filed with the Clerk of the Court, which sends notices by operation of the Court's electronic case filing system ("ECF") to all participants registered to receive ECF notice in this case.

I further certify that I served the Notice via first class mail upon the parties listed in the court's mailing matrix in the above captioned matter as attached hereto as **Exhibit A**.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

/s/ *Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000

kclayson@taftlaw.com

Dated: October 9, 2026 *Counsel to Creditor, Centaris*

**EXHIBIT A**

Label Matrix for local noticing
0645-2
Case 26-42632-mlo
Eastern District of Michigan
Detroit
Thu Oct 8 13:56:32 EDT 2026

ABA Industry, Inc.
639 East Walnut St.
Carson, CA 90746-1227

AFL Telecommunications
C/o Erika R. Barnes, Stites & Harbison
401 Commerce St.
Suite 800
Nashville, TN 37219-2490

AFL Telecommunications LLC
P.O. Box 745735
Atlanta, GA 30374-5735

AFL Telecommunications LLC
c/o Erika R. Barnes
401 Commerce Street, Suite 800
Nashville, Tennessee 37219-2490

AJ Dammon Co.
PO Box 210310
Auburn Hills, MI 48321-0310

Aaron Geyer
32411 Mound Road
Warren, Michigan 48092-3827

Allied Wire Collection & LB
P.O. Box 737874
Dallas, TX 75373-7874

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8118
Cockeysville, MD 21030-8118

Amerisure Mutual Insurance Company
Timothy W. Brink
Meltzer Purtill & Stelle LLC
125 South Wacker Drive, Suite 2900
Chicago, IL 60606-4439

Andrew McVeigh
28408 Larchmont
Saint Clair Shores, MI 48081-3626

Andrew Stanton
887 Linden Way
Auburn Hills, MI 48326-3890

Ansley Communications Group
3699 B C Grant Road
Cornelia, GA 30531-5619

Anthony Mymmina
Mammina & Ajlouny, PC
370 East Maple Road
Suite 230
Birmingham, MI 48009-6303

(p)ABF FREIGHT SYSTEM
PO BOX 10048
FORT SMITH AR 72917-0048

Ariba
3420 Hillview Ave., Bldg 3
Palo Alto, CA 94304-1355

(p)ARROW ELECTRONICS INC
9151 E PANORAMA CIRCLE
CENTENNIAL CO 80112-4587

Arthur J Gallagher
39735 Treasury Center
Chicago, IL 60694-9700

Arthur J. Gallagher Risk Management Services
2850 Golf Road
Rolling Meadows, IL 60008-4050

Austin Redlin
23201 Sagebrush
Novi, MI 48375-4172

Austin Taylor Redlin
146 Waterstradt Commerce Drive, Unit 120
Dundee, MI 48131-9686

Autoelectros
10350 Sawmill Road
Powell, OH 43065-3547

Bank of Ann Arbor
125 S Fifth Ave
Ann Arbor, MI 48104-1910

Erika R. Barnes
401 Commerce Street
Suite 800
Nashville, TN 37219-2490

Beth M. Thao
21 Woodland Rd.
Auburn, GA 30011-3511

Bettina Plumhoff
8420 Grace St.
Shelby Township, MI 48317-1708

William C. Blasses
500 Woodward Avenue
Suite 2500
Detroit, MI 48226-5499

Brett Quantz
3831 Queensbury Rd.
Lake Orion, MI 48359-1566

Brian Bellman
7327 Smale St.
Washington, MI 48094-2753

Bridge Business Credit, LLC
Miller, Canfield, Paddock & Stone
150 W. Jefferson
Ste. 2500
Detroit, MI 48226-4432

Lynn M. Brimer
Strobl PLLC
33 Bloomfield Hills Parkway
Suite 125
Bloomfield Hills, MI 48304-2936

Brother Mobile Solutions
Jamie Brookover
100 Technology Drive
Suite 250 A
Broomfield, CO 80021-3498

Brother Mobile Solutions
Jamie Brookover
11030 Circle Point Rd.
Westminster, CO 80020-2790

Bulldog Records Management
17000 Fifteen Mile Rd.
Fraser, MI 48026-1653

Burwood Business Machines
32401 Edward
Madison Heights, MI 48071-1446

(p)C H ROBINSON WORLDWIDE INC
ATTN BANKRUPTCY TEAM BILL GLAD
14701 CHARLSON ROAD
SUITE 2400
EDEN PRAIRIE MN 55347-5076

CDW
CDW/ATTN: Manny Velazquez
200 N. Milwaukee Ave
Vernon Hills, IL 60061-1577

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

CONSUMERS ENERGY COMPANY
Attn: Legal Dept
One Energy Plaza
Jackson, MI 49201-2357

CP Technologies
17110 Armstrong Avenue
Irvine, CA 92614-5718

Cablofil Inc
8319 State Route 4
Mascoutah, IL 62258-2824

Kelley Callard (UST)
United States Trustee
211 West Fort Street
Suite 700
Detroit, MI 48226-3263

Cami Research, Inc.
42 Nagog Park, Suite 115
Acton, MA 01720-3445

Centaris
36333 Mound Rd., Suite C
Sterling Heights, MI 48310-4740

Central Steel Fabricators
2100 Parkes Drive
Broadview, IL 60155-3951

Central Transport
P.O. Box 33299
Detroit, MI 48232-5299

Cherokee Packaging
Denise
P.O. Box 2041
Roswell, GA 30077-2041

Chiptech
2885 SW 30th Avenue
Pembroke Park, FL 33009-3801

Chris Electronics Distributor
2023 West County Rd., C-2
Saint Paul, MN 55113-1211

Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335

Cintas LOC 721-MI
P.O. Box 630910
Cincinnati, OH 45263-0910

City of Sterling Heights
Dept 296201
PO Box 55000
Detroit, MI 48255-2962

Kimberly Ross Clayson
Taft Stettinius & Hollister, LLP
27777 Franklin Rd. Suite 2500
Southfield, MI 48034-8222

Comba Telecom
568 Gibraltar Dr.
Milpitas, CA 95035-6315

Comcast
1010 North Star Drive
Zumbrota, MN 55992-1093

Commodity Cables, Inc.
P.O. Box 661071
Dallas, TX 75266-1071

Commscope Technologies LLC
P.O. Box 96879
Chicago, IL 60693-6879

Comtop
15181 Fairfield Ranch Rd.
Chino Hills, CA 91709-8860

Continental Carton & Packaging
155 Malow
Mount Clemens, MI 48043-2189

Continental Carton & Packaging
24101 Capital Blvd.
Clinton Township, MI 48036-1337

Cooper B-Line Inc
28365 Network Place
Chicago, IL 60673-1283

Cooper Bussman
Bussman Division
28363 Network Place
Chicago, IL 60673-1283

Corning Optical Comm LLC
25775 Network Place
Chicago, IL 60673-1257

Corning Optical Communications LLC
4200 Corning Place
Charlotte, NC 28216-1298

Crown Equipment Corporation
102 S. Washington St.
New Bremen, OH 45869-1249

Crown Lift Trucks
P.O. Box 641173
Cincinnati, OH 45264-1173

DTE
One Energy Plaza, 735WCB
Detroit, MI 48226-1221

DTE ENERGY
ONE ENERGY PLAZA WCB 735
DETROIT, MI 48226-1221

Dao Thao
1830 Dry Pond Rd.
Monroe, GA 30656-3940

Darryl Haupt
339 Jonathon Dr.
Almont, MI 48003-8908

Data Clean Corporation
1033 Graceland Ave
Des Plaines, IL 60016-6511

Data Guide Cable Corp.
232 Sherman St.
Gardner, MA 01440-3000

David E. Sims, Esq.
Weisman, Young & Ruemenapp, P.C.
30100 Telegraph Rd., Ste. 428
Bingham Farms, MI 48025-4564

Dean G. Stanton
918 Bolinger St.
Rochester, MI 48307-2827

Dean J. Stanton
612 7th St.
Rochester, MI 48307-1404

Diane Saelee
743 Baskins Circle
Winder, GA 30680-3582

Digi-Key
701 Brooks Avenue South
P.O. Box 250
Thief River Falls, MN 56701-0250

DigiKey
701 Brooks Ave
Thief River Falls, MN 56701-2703

Diversified Wire & Cable, Inc.
42600 Mound Road
Sterling Heights, MI 48314-3252

Heather L. Donald
Cadillac Place
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202-6030

Dormakaba USA Inc
65 Struck Court
Cambridge On N1R 8L2 Canada

Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675-5434

Dunbar Products
1302 Champion Circle
Carrollton, TX 75006-6803

Eastern Oil Company
590 South Paddock
Pontiac, MI 48341-3236

Eaton Corporation
29085 Network Place
Chicago, IL 60673-1290

Eclipse Lawn & Landscape LLC
P.O. Box 182076
Shelby Twp., MI 48318-2076

Electroshield, Inc.
P. O. Box 708
Yellow Springs, OH 45387-0708

Erico International Corp
1665 Utica Avenue, Suite 700
Minneapolis, MN 55416-3476

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612

Estes Express Lines
P.O. Box 25612
Richmond, VA 23260-5612
Richmond, VA 23260-5612

Euler Hermes N.A - Agent for 2364737 Ontario
ATTN: Guy P Young Jr
100 International dr 22nd fl
Baltimore, MD 21202-4783

Euler Hermes N.A - Agent for ALLIED WIRE & C
ATTN: Guy P Young Jr
100 International dr 22nd fl
Baltimore, MD 21202-4783

FALCON TECHNOLOGIES, INC.
C/O THE LAW OFFICES OF JAY B. UMANSKY, P
12460 Olive Blvd, Ste. 118
St Louis, MO 63141-6397

FLX of Miami
11701 NW 102nd Rd.
Suite 9
Medley, FL 33178-1016

Falcon Technologies
2631 Metro Blvd
Maryland Heights, MO 63043-2411

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

FedEx Freight
P.O. Box 223125
201 E. Arapaho
Richardson, TX 75081-6203

Federal Express - GA
17740 Hoffman
Homewood, IL 60430-2114

Federal Express - MI 00696
PO Box 371461
Suite 403
Milford, PA 18337

Fenner, Melstrom & Dooling, PLLC
355 S. Old Woodward Ave., Ste. 200
Birmingham, MI 48009-6260

Fiber Instrument Sales, Inc
161 Clear Rd
Oriskany, NY 13424-4339

Fiber Optic Center
23 Centre Street
New Bedford, MA 02740-6322

Fiber Systems Inc.
201 E. Arapaho Road
Richardson, TX 75081-6203

Deborah L. Fish
Allard & Fish P.C.
211 West Fort St.
Suite 705
Detroit, MI 48226-3263

Ford Credit
PO Box 552679
Detroit, MI 48255-2679

Ford Motor Credit
PO Box 105074
Atlanta, GA 30348-5074

Ford Motor Credit Company LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Francotyp-Postalia, Inc.
P.O. Box 157
Bedford Park, IL 60499-0157

Fuseco
P.O. Box 560547
Dallas, TX 75356-0547

Joshua A. Gadharf
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304-5106

Galco Industrial Electronics
26010 Pinehurst
Madison Heights, MI 48071-4189

Gallagher Fire Equipment Co.
30895 W. Eight Mile Rd.
Livonia, MI 48152-1600

Garden of the Bird Lawn
2245 Robert Hardeman Rd.
Suite #9
Winterville, GA 30683-4358

Get Wireless, LLC
10250 Valley View Rd.
Eden Prairie, MN 55344-3577

Getzler Henrich & Associates
295 Madison Ave., 20th Fl.
New York, NY 10017-6358

Aaron D. Geyer
32411 Mound Road
Warren, MI 48092-3827

Great Lakes Case & Cabinet Co
P.O. Box 644302
Pittsburgh, PA 15264-4302

Great Lakes Case and Cabinet
c/o Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

Guthrie Lumber
P.O. Box 673123
Detroit, MI 48267-3123

HH Barnum Company
7915 Lochlin Drive
Brighton, MI 48116-8329

Hall County Business License
P.O. Box 1579
Gainesville, GA 30503-1579

Hall County Tax Commissioner
PO Box 1579
Gainesville, GA 30503-1579

Hammond Manufacturing
475 Cayuga Rd
Suite 100
Cheektowaga, NY 14225-1309

Heilind Electronics
P.O. Box 99682
Chicago, IL 60690

Heilind Electronics Inc.
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Hellermann Tyton
22242 Network Place
Chicago, IL 60673-1222

Jacob Daniel High
6440 Lake Meadow Dr.
Waterford, MI 48327-1781

Hoffman Enclosures
14975 Collections Center Drive
Chicago, IL 60693-0149

Huntington Bank
5555 Cleveland Ave.
Columbus, OH 43231-4106

ID Networks US LLC dba Trend Networks LLC
300 Roundhill Drive Ste 1
Rockaway NJ 07866-1227

Ideal Tridon
P.O. Box 102976
Atlanta, GA 30368-2976

Imperial G. Soledad
4011 Parks Rd.
Flowery Branch, GA 30542-2973

Imranur Sinha
4120 Griffin Trail Way
Cumming, GA 30041-3203

Insulation Products
250 Gibraltar Drive
Bolingbrook, IL 60440-3623

Isolved Benefit Services
P.O. Box 737928
Dallas, TX 75373-7928

JCR Supply, Inc
33580 Giftos Dr
Clinton Township, MI 48035-4211

JDRM Engineering, Inc.
5604 N. Main St., Suite 200
Sylvania, OH 43560-1950

James M. Salomon
1011 Fishback Way
Buford, GA 30518-8605

Jonard Industries Corp.
200 Clearbrook Rd., Suite 128
Elmsford, NY 10523-1330

KGP Logistics, Inc.
P. O. Box 809017
Chicago, IL 60680-9017

Evan H. Kaploe
Strobl Stark PLLC
33 Bloomfield Hills Pkwy.
Suite 125
Bloomfield Hills, MI 48304-2936

Karen Eckhart
5611 Wooded Valley Way
Flowery Branch, GA 30542-6109

Karen Stevens
5745 Arden
Warren, Michigan 48092-4301

Karen Stevens
5745 Arden Ave.
Warren, MI 48092-4301

Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

Khiev B. Hem
3981 Plantation Mill Dr.
Buford, GA 30519-1967

Kleinschmidt Inc
P.O. Box 7158
Deerfield, IL 60015-7158

Kongmeng Xiong
47445 Barbara Road
Macomb, MI 48044-2412

L-Com
17792 Fitch
Irvine, CA 92614-6020

Lake Cable, LLC
529 Thomas Drive
Bensenville, IL 60106-1620

Leader Business Systems
35400 Mound Rd.
Sterling Heights, MI 48310-4721

Leoni Cable
2800 Livernois Road, Ste. D600-B
Troy, MI 48083-1215

Leviton Manufacturing Co Inc
P.O. Box 74567
Chicago, IL 60696-8567

Leviton Manufacturing Co., Inc.
201 North Service Road
Melville, NY 11747-3138

Liberty Enterprises
9445 Mossy Creek Trace
Lula, GA 30554-2135

Lynn Electronics
1390 Welsh Road
North Wales, PA 19454-1802

MCS Engravers, Inc.
6625 Auburn Rd.
Utica, MI 48317-5209

Macomb Mechanical Inc
6250 19 Mile Road
Sterling Heights, MI 48314-2103

Madison Electric
31856 Van Dyke Ave.
Warren, MI 48093

Mag Daddy LLC
295 Jamie Lane
Wauconda, IL 60084-1080

Major Custom Cable, Inc.
281 Lotus Dr.
Jackson, MO 63755-8801

Anthony G. Mammina
370 E. Maple Rd.
Suite 230
Birmingham, MI 48009-6303

Marjorie Smith
52575 Sable Dr.
Macomb, MI 48042-3566

Mark A. Katchever
349 S. 8th Ave.
West Blend, WI 53095-3210

Marlin Thermocouple Wire
12800 Corporate Dr.
Cleveland, OH 44130-9311

Martha B. Hernandez
2601 Old Flowery Branch Rd.
Gainesville, GA 30504-5621

Dannielle McBride
Potestivo & Associates P.C
251 Diversion Street
Rochester Hills, MI 48307-2209

Michigan Kemworth LLC
2323 CROSSROADS DR
SUITE 400
MADISON, WI 53718-2405

Michigan Kenworth - Clinton
P.O. Box 689706
Chicago, IL 60695-9706

Middle Atlantic
300 Fairfield Road
Fairfield, NJ 07004-1932

Moltec USA
6405 Inducon Dr. West
Sanborn, NY 14132-9020

Mound Road Associates
1180 E. Big Beaver Road
Troy, MI 48083-1907

Mound Road Associates, LLC
c/o Audrey L. Hornisher
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202-3748

Mouser Electronics
1000 North Main Street
Mansfield, TX 76063-1514

Mouser Electronics
P.O. Box 99319
Fort Worth, TX 76161-6199

NSI / Platinum Tools
13235 Reese Boulevard West
Huntersville, NC 28078-7935

Newark
4180 Highlander Pkwy
Richfield, OH 44286-9352

Newark Element 14
33190 Collection Center
Chicago, IL 60693-0331

Newton
P.O. Box 536915
Atlanta, GA 30353-6915

Nicholas Burt
57632 Windham Dr.
Washington, MI 48094-3176

Nolan Transportation Group
P.O. Box 931326
Atlanta, GA 31193-1326

Nu View Window Cleaning Co.
25150 25 Mile Rd.
New Baltimore, MI 48051-1000

Ohio Department of Taxation, Bankruptcy Div
P.O. Box 530
Columbus, OH 43216-0530

Omni Cable
P.O. Box 7780
Philadelphia, PA 19182-0001

PEI Genesis, Inc
2180 Horning Rd
Philadelphia, PA 19116-4204

PGI Sunset Investments LLC
4466 County Road 'P'
Jackson, WI 53037-9116

Panduit Corp
24575 Network Place
Chicago, IL 60673-1245

Panduit Corp.
c/o Anthony G. Mammina
370 E. Maple Road
Suite 230
Birmingham, MI 48009-6303

Park Cables
James Donovan
238 Cypress Ridge Drive
Severna Park, MD 21146-1922

Peach State Fire, Inc.
626 Industrial Blvd.
Gainesville, GA 30501-6741

Peter Corrado
21397 SABRINA DR
Macomb, MI 48044-1318

Pitt Ohio LTL
P.O. Box 643271
Pittsburgh, PA 15264-3271

Powell Electronics, Inc.
P. O. Box 12979
Philadelphia, PA 19176-0979

Premier Conduit, Inc
Dan Bayletts
3200 West 22nd Street
Erie, PA 16506-2308

PrimeCore Group
880 Marietta Hwy.
Roswell, GA 30075-6755

Primo Brands
P.O. Box 9001004
Louisville, KY 40290-1004

Priority Wire & Cable
1800 East Roosevelt Road
Little Rock, AR 72206-2516

Pro Industrial Controls, Inc
Pati Davison
N 53 W 24794 S Corporate Circle
Sussex, WI 53089

Promera LLC (formerly Sealco)
1751 International Parkway
Suite 115
Richardson, TX 75081-2359

Jamie Pyrzewski
Levy Recovery Group, LLC
30015 Groesbeck Highway
Roseville, MI 48066-1508

R & L Carriers
P.O. Box 10020
Port William, OH 45164-2000

R&L Carriers, Inc.
600 Gillam Road
Wilmington, OH 45177-9089

RCO Law
Attn:  Jean Ann S. Sieler
Four SEGAte, Ninth Floor
Toledo, OH 43604

RJ45s.com
2400 E. Main Street
Saint Charles, IL 60174-2436

RS Americas, Inc.
PO Box 841811
Dallas, TX 75284-1811

Republic Wire
5525 Union Centre Boulevard
West Chester, OH 45069-4820

Rexel Datacom
P.O. Box 120728
Dallas, TX 75312-0728

Pamela S. Ritter
Strobl PLLC
33 Bloomfield Hills Parkway
Ste 125
Bloomfield Hills, MI 48304-2936

RoMaCo Building Services Inc
17200 W 10 Mile Road
Suite 107
Southfield, MI 48075-2998

Robert K. Chastain
346 Stone Cyper Road
Mount Airy, GA 30563-1849

Robert M. Haugen
4225 Thurmon Tanner Parkway
Flowery Branch, GA 30542-2825

Robert M. Haugen
PO Box 1347
Flowery Branch, GA 30542-0023

Rubicon Group Limited
125 Windsor Dr.
Oak Brook, IL 60523-4087

SAB Association Wire Products
344 Kaplan Drive
Fairfield, NJ 07004-2526

SMITHS CLEANING OF SOUTH HALL
PO BOX 1311
FLOWERY BRANCH, GA 30542-0022

Saia Motor Freight Line, Inc
P.O. Box 730532
Dallas, TX 75373-0532

Same Day Delivery
3378 3 Mile Road NW
Grand Rapids, MI 49534-1226

Sandra J. Salazar Juarez
1706 Norton Dr.
Gainesville, GA 30501-2044

Santander Consumer USA, Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

Sanwa Technologies Inc.
4012 Preston Road
Plano, TX 75093-7350

Sanwa Technologies, Inc.
4012 Preston Road, #200
Plano, TX 75093-7350

Schneider Electric IT USA
5081 Collections Center Drive
Chicago, IL 60693-5081

Select Pest Control Systems
1786 Browns Bridge Road
Gainesville, GA 30501-4744

Semtron, Inc
G-6465 Corunna Rd
Flint, MI 48532

Senko Advanced Components, Inc.
2 Cabot Road, Suite 103
Hudson, MA 01749-2942

Shaxon Industries
337 W. Freedom Avenue
Orange, CA 92865-2647

Siemon
101 Siemon Company Dr.
Watertown, CT 06795-2651

Signamax, Inc
999 NW 159th Drive
Miami, FL 33169-5803

(p)SMITH'S CLEANING OF SOUTH HALL
PO BOX 1311
FLOWERY BRANCH GA 30542-0022

Southwire Company
75 Remittance Dr
# 6815
Chicago, IL 60675-1001

Ronald A. Spinner
150 West Jefferson
Suite 2500
Detroit, MI 48226-4415

Staples
P.O. Box 660409
Dallas, TX 75266-0409

(p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

State of Michigan
Department of Treasury
Dept. 77003
Detroit, MI 48277-0003

State of Michigan Department of Treasury
3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202-6030

Steven Newman
29536 Palomino Dr.
Warren, MI 48093-3507

Susan K. Stanton
612 7th Street
Rochester, MI 48307-1404

Susan Stanton
612 7th Street
Rochester, MI 48307-1404

Marc N. Swanson
Miller Canfield Paddock and Stone, P.L.C
150 W. Jefferson
Suite 2500
Detroit, MI 48226-4415

TCM Bank, NA
PO Box 105666
Atlanta, GA 30348-5666

TF Cable
555 Remington Blvd.
Suite A
Bolingbrook, IL 60440-3550

TMC Bank
PO BOX 105666
Atlanta, GA 30348-5666

TQL
PO BOX 634558
Cincinnati, OH 45263-4558

Matthew P. Taunt
The Taunt Law Firm
3001 W. Big Beaver Road
Suite 100
Troy, MI 48084-3102

Tel Express, Inc.
406 Interstate Drive
Archdale, NC 27263-3161

Terminal Supply Co
P.O. Box 1253
Troy, MI 48099-1253

Tessco Incorporated
P.O. Box 936838
Atlanta, GA 31193-6838

Tessco Technologies, Inc.
11126 McCormick Rd
Hunt Valley, MD 21031-9920

The Light Connection
132 Base Rd
Oriskany, NY 13424-4204

The Mueller Group, Inc.
509 E. State Parkway
Suite C
Schaumburg, IL 60173-4583

The Rubicon Group Limited
2625 Butterfield Rd
Suite 217N
Oak Brook, IL 60523-1200

Timothy W. Brink
Meltzer Purtill & Stelle LLC
125 South Wacker Drive
Suite 2900
Chicago, IL 60606-4439

Tom Lor
33545 Stonewood Dr.
Sterling Heights, MI 48312-6565

Total Quality Logistics, LLC
4289 Ivy Pointe Blvd
Cincinnati, OH 45245-0002

Toyota Credit Corp
PO Box 30203
College Station, TX 77842-3203

Trend Networks
300 Roundhill Drive, Suite 1
Rockaway, NJ 07866-1227

UPS
P.O. BOX 809488
Chicago, IL 60680-9488

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Unique Fire Stop Products
21303 County Rd 68
Robertsdale, AL 36567-3550

Van Dyke Gas Co
23823 Sherwood
Center Line, MI 48015-1099

Vannak Sieng
346 Stonecypher Rd.
Mount Airy, GA 30563-1849

Vannavy Sieng
346 Stonecypher Rd.
Mount Airy, GA 30563-1849

Vertiv Corporation
1050 Dearborn Drive
Columbus, OH 43085-1573

Vertiv Corporation
c/o Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

Vichetra K. Pel
2229 Holland Creek Ln.
Buford, GA 30519-6991

Matthew J. Vivian
496 W. Ann Arbor Trail
Suite 102
Plymouth, MI 48170-6262

Voss, Michasel, Lee & Associates, Inc.
PO Box 1829
Holland, MI 49422-1829

W.W. Grainger, Inc.
100 Grainger Parkway
Lake Forest, IL 60045-5202

WBT, LLC
3138 Paysphere Circle
Chicago, IL

WWEX Franchise Holdings LLC
2700 Commerce St St 1500
Dallas, TX 75226-1404

Wagner Falconer & Judd, Ltd.
100 South Fifth Street
Suite 800
Minneapolis, MN 55402-5357

Wagner, Falxoner & Judd, Ltd.
Jeff Rogers
Fifth Street Towers
100 South Fifth Street, Ste. 800
Minneapolis, MN 55402-1203

West Penn Wire
P.O. Box 3223
Carol Stream, IL 60132-3223

William Blasses
Ker Russell
500 Woodward Avenue, Ste. 2500
Detroit, MI 48226-5499

Winnie Industries
590 Applegate Lane
Lake Zurich, IL 60047-2332

(p)WINNIE INDUSTRIES LLC
5420 NEWPORT DRIVE
UNIT 62
ROLLING MEADOWS IL 60008-3723

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708-8901

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

World Cord Sets, Inc.
210 Moody Road
Enfield, CT 06082-3206

Worldwide Express
P.O. Box 733360
Dallas, TX 75373-3360

Wyandotte Electric
P.O. Box 690
Wyandotte, MI 48192-0690

Wyandotte Electric Supply Co., Inc.
961 Ford Ave.
Wyandotte, MI 48192-3897

XPO Logistics
P.O. Box 660006
Dallas, TX 75266-0006

XPO Logistics Freight, Inc.
9151 Boulevard 26 Bldg A Bankruptcy Dept
North Richland Hills, TX 76180-5600

XPRESSCONNECT SUPPLY, LLC
P.O. Box 847481
Pittsburgh, PA 15260-4302

Yvonne Wegwart
Hellerman Tyton
PO Box 245017
Milwaukee, WI 53224-9517

Zef Lajcaj
3553 Tracy Drive
Sterling Heights, MI 48310-2578

Zero Connect
6604 201st St.
Albia, IA 52531-8522

c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

c/o Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ArcBest, Inc.
3801 Old Greenwood Road
Fort Smith
AR
Fort Smith, AR 72901

(d)Arcbest
P. O. Box 10048
Fort Smith, AR 72917-0048

Arrow Electronics, Inc
13469 Collections Center Dr
Chicago, IL 60693

C.H. Robinson Company
P.O. Box 9121
Minneapolis, MN 55480-9121

Smith's Cleaning of South Hall
PO Box 1311
Flowery Branch, GA 30542-0022

Staples, Inc.
Staples / Shane Anderson
PO Box 102419
Columbia, SC 29224

Winnie Industries LLC
5420 Newport Drive
Unit 62
Rolling Meadows, IL 60008

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1837 Enterprise, LLC

(u)Ally Bank

(d)Andrew Stanton
887 Linden Way
Auburn Hills, MI 48326-3890

(u)Bank of Ann Arbor

(u)Centaris

(d)Dean J. Stanton
612 7th Street
Rochester, MI 48307-1404

(d)Deborah L. Fish
Allard & Fish, P.C.
211 West Fort St.
Suite 705
Detroit, MI 48226-3263

(u)Heather Gardner
DWH, LLC

(u)Robert M. Haugen

(u)Brian J. Hunter
Fenner Melstrom & Dooling, PLC

(d)Kimberly Ross Clayson
Taft Stettinius & Hollister, LLP
27777 Franklin Road
Suite 2500
Southfield, MI 48034-8222

(d)Leader Business Systems
35400 Mound Road
Sterling Heights, MI 48310-4721

(u)MICHIGAN DEPARTMENT OF TREASURY/BANKRUPTCY

(du)MICHIGAN DEPARTMENT OF TREASURY/BANKRUPTC

(d)Marlin Thermocouple Wire, Inc.
12800 Corporate Drive
Cleveland, OH 44130-9311

(u)Northern Cables
PO Box 1564
Brockville

(d)Peter Corrado
21397 Sabrina Dr.
Macomb, MI 48044-1318

(u)Santander Consumer USA Inc. dba Chrysler C

| | | |
|---|---|---|
| (u)Susan Stanton | (d)Karen Stevens<br>5745 Arden Avenue<br>Warren, MI 48092-4301 | (u)Strobl Stark PLLC |
| (u)United Parcel Service | (u)Andrew R. Vara | (u)W.W. Grainger Inc<br>Dept. 886517377<br>Palatine, IL |

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 294 |
| Bypassed recipients | 24 |
| Total | 318 |