**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 26−42632−mlo
Chapter: 11
Judge: Maria L. Oxholm

In Re: (NAME OF DEBTOR(S))
Diversified Wire & Cable, Inc.
dba Diversified Wire & Cable, dba Great Wire, dba Diversified Cabinet Build, dba GLDGroup, dba Diversified Group
42600 Mound Road
Sterling Heights, MI 48314

Social Security No.:

Employer's Tax I.D. No.:
38−3444410

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

***240*** − Declaration in Support of Creditor Centaris's Administrative Expense Claim Pursuant to Stay Relief Order Filed by Creditor Centaris (RE: related document(s)213 Order on Motion For Relief From Stay). (Clayson, Kimberly)

will be held on: 11/2/26 at 10:00 AM at Courtroom 1875, 211 West Fort St., Detroit, MI 48226

Consistent with the Notice of Audio Conferencing Pilot for Judge Oxholm dated November 6, 2023, effective immediately and until further notice, Judge Oxholm will conduct all conferences, non−evidentiary hearings and other matters designated by the Court by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (202) 503−1666 and use Access Code 966805625#. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

Dated: 10/28/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court